AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>ROBERT B. COLLINS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 14-M-421<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 16, 2014__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S.C., Section 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit of complainant

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Richard Bilson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 16, 2014

City and state: Milwaukee, Wisconsin

_____
*Judge's signature*

William E. Callahan, Jr., U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Richard Bilson, being first duly sworn on oath, do depose and state:

1. I am employed as a Special Agent with the United States Department of Justice, Federal Bureau of Investigation in Milwaukee, Wisconsin. I have been employed as an FBI agent for the past 4 years.

2. On January 16, 2014, I participated in the execution of a state search warrant at the home of Robert B. Collins, Jr. (DOB XX/XX/1982). The search warrant was conducted at 2249 North 29th Street, one of the upper apartments at the address. Task Force officers with whom I have been working spoke yesterday with Collin's United States Probation Officer. The probation officer confirmed that this is Collins' home. Collins is on federal probation in this district under case number 12CR171 for a federal felony drug trafficking conviction out of the Western District of Michigan. He has two other felony drug trafficking convictions out of the state of Michigan. The search warrant was based in part on information from a reliable informant that he had seen a black 9mm pistol in Robert Collins' possession and in the residence described above. A copy of the search warrant and supporting affidavit is attached hereto as Exhibit A.

3. Collins, his girlfriend, and two other adults were present when the warrant was executed. Under the bed in the only bedroom, agents located a black Taurus 9mm pistol. The pistol was not manufactured in Wisconsin and necessarily moved in interstate commerce to Wisconsin prior to today's date. The bedroom where the gun was found was identified by Collins and his girlfriend as the bedroom they shared.

4. Prior to executing the warrant, Chad Vartanian, an officer with the Milwaukee Police Department advised Collins of the warrant and asked if there was anything illegal in the apartment. Collins replied that there was a gun under the bed.

| SEARCH WARRANT | CIRCUIT COURT<br>FIRST JUDICIAL DISTRICT | MILWAUKEE, WISCONSIN |

EXHIBIT A

STATE OF WISCONSIN       )
                         ) ss.  In the Circuit Court of the First Judicial District of Wisconsin
MILWAUKEE COUNTY         )

The State of Wisconsin, to any Sheriff, or any Law Enforcement officer of the State of Wisconsin:

WHEREAS, Police Officer Chad Vartanian, has this day complained (by attached affidavit) to this court upon oath, showing probable cause that on Thursday, January 16th, 2014, in the City and County of Milwaukee, there is now located and concealed in and upon certain premises, located at 2249 N. 29th St. within the City of Milwaukee and County of Milwaukee, occupied by Robert B. COLLINS, b/m, 3-2-82, 5'08" tall 170 lbs., black hair, brown eyes, and more particularly described as follows:

DESCRIBE PREMISES:  2249 N. 29th St. is a two story, 4 unit apartment building, having red brick siding on the lower half and grey siding on the upper half, with dark colored trim, and a dark colored roof. The front door faces east and the numbers 2249 are affixed to the structure above the front entrance door. Your affiant knows the individual apartments contained inside the building are not numbered.

Search to include; The second floor southwest corner apartment of Robert B. COLLINS (B/M 3-2-82), basement, garage, attic, and all other storage areas, and areas accessible to 2249 N. 29th St. and all persons present on premises, vehicles associated with persons on premise, certain goods, chattels and property.

DESCRIBE OBJECTS OF SEARCH:

1. Firearms
2. Ammunition
3. Documents, utility bills, keys, and other items used to show who is in control of premises
4. Cell phones and computers
5. Gun cases, gun cleaning kits, and safes which thing(s) (were used in the commission) or (may constitute evidence) of a crime.

DESCRIBE CRIME OR CRIMES:

(1) Felon In Possession of a Firearm, in violation of section 941.29(2)(a) of the Wisconsin Statutes.

Now, THEREFORE, in the name of the State of Wisconsin, you are commanded forthwith to search the said premises and/or the said person(s) for said things, and take possession thereof, if found.

You are further commanded to return this warrant within forty-eight hours before the Assistant Chief Deputy Clerk of the Circuit Court, Crime, Misdemeanor, Traffic Division, or his designee, to be dealt with according to law.

Witness, the Honorable _____Rosa M. Barillas_____, Circuit Judge of the First Judicial District of Wisconsin, at Milwaukee, Wisconsin, at __7:30 AM__ on __Jan 16, 2014__.
(Hour, AM/PM)        (Month, Day, Year)

Court Commissioner

_____
Judge of the Circuit Court
Rosa M. Barillas
Judicial Court Commissioner

No Knock __01/16/14__

Case 2:14-cr-00057-RTR   Filed 01/16/14   Page 3 of 8   Document 1-1

**AFFIDAVIT FOR SEARCH WARRANT**

STATE OF WISCONSIN )
                   ) SS.
MILWAUKEE COUNTY   )

Affiant, being first duly sworn on oath, states as follows:

1) That affiant is a state certified law enforcement officer currently assigned to the Milwaukee Police Department/Federal Bureau of Investigation Regional Gang/Drug Task Force;

2) That affiant has worked full-time as a law enforcement officer for the past 7 1/2 years;

3) That affiant has received training in the investigation of drug and firearms trafficking; that affiant has worked with informants in the investigation of drug and firearm trafficking in the Milwaukee area; that affiant has participated in the execution of numerous search warrants in which controlled substances, firearms and drug paraphernalia were seized; that affiant is familiar with the street names of various drugs in the Milwaukee area including marijuana, heroin, and cocaine; and that affiant is familiar with methods that are commonly used by drug dealers to package and prepare controlled substances for sale in the Milwaukee area;

4) That affiant's application for a search warrant is based upon information which affiant received from a confidential and reliable police informant that has worked with Law Enforcement for the past 4

(Revised 7/8/96)

years;

    5) That affiant believes the informant is a credible person because the informant has provided information regarding drug dealing and weapons violations in the City of Milwaukee that law enforcement officers were able to corroborate with reports and documents kept within the Milwaukee Police Department; that informants information has also led to multiple arrests of individuals in regards to narcotics trafficking and firearms offenses within the City of Milwaukee, which have led to multiple convictions; your affiant knows from personal observation and from affiant's conversation with the confidential informant that 2249 N. 29th St. is a two story, 4 unit apartment building, having red brick siding on the lower half and grey siding on the upper half with dark colored trim and a dark colored roof. The front door faces east and the numbers 2249 are affixed to the structure above the front door, which faces to the east. This premise is located in the City and County of Milwaukee, State of Wisconsin. Your affiant knows the individual apartments contained inside the building are not numbered;

    6) That informant referred to above, within the past 72 hours, was inside the premises of Robert B. COLLINS, b/m, 3-2-82, black hair, brown eyes, hereinafter referred to as COLLINS, located at 2249 N. 29th St., more particularly described in paragraph 5 of this affidavit; that informant personally observed 1 firearm located inside of the residence at 2249 N. 29th St. and further described it as a black .9mm, semi-automatic pistol inside the residence at 2249 N. 29th St.; that the confidential informant personally observed COLLINS in possession of the described pistol; that the informant had a conversation with COLLINS within the past 72 hours in which COLLINS stated that he recently purchased the described firearm; that your affiant knows through this investigation that COLLINS is a convicted felon under federal case number 2:13-cr-20257-SHM, Title 18, section 922(g)(1) of the Federal Law Enforcement Code, and is currently under Federal Probation/Parole supervision; that your affiant had a conversation with Detective Michael Sitter of the West Allis Police Department, HIDTA Group/MEG Unit and Detective Sitter was able to confirm the address of 2249 N. 29th St. as the address COLLINS uses and that this information was obtained during an unrelated narcotics investigation in which COLLINS was a secondary target;

2

(Revised 7/8/96)

that your affiant had a conversation with Federal Probation/Parole Officer
Michael Rudig, who is the supervising agent for Collins and Rudig
confirmed COLLINS address as 2249 N. 29th St., upper unit, southwest
corner and that during several home visits with COLLINS, he (Rudig) has
personally observed no apartment numbers located on the doors inside of
the building and that he (Rudig) knows that COLLINS maintains a residence
on the second floor, southwest corner of 2249 N. 29th St; that Federal
Probation/Parole Officer Michael Rudig explained that the only way to
enter to COLLINS apartment is through the rear entrance of 2249 N. 29th
St., ascending the steps to the second floor and COLLINS apartment is the
first door on the right hand side in the southwest corner of the building;
that your affiant had a conversation with the confidential informant who
stated the he/she has personally observed COLLINS use keys to manipulate
the locks of his apartment and that the informant confirmed the location
of COLLINS apartment as the southwest corner of the building located at
2249 N. 29th St.;

7) That affiant believes disclosure of the informant's identity would
end the informant's usefulness to the Milwaukee Police Department because
drug dealers and firearms traffickers would learn that the informant is
working for the Milwaukee Police Department and, therefore, would no
longer deal with the informant; that disclosure of the informant's
identity would also discourage citizens from telling the Milwaukee Police
Department about illegal gun possession and narcotics offenses in the
Milwaukee area for fear that prohibited persons would learn their
identities; and that affiant also believes that disclosure of the
informant's identity would result in physical harm to the informant
because of the prohibited persons obvious desires to keep their
activities secret;

8) That based upon affiant's training and experience affiant knows
that firearms and ammunition can be secreted in any part of a residence
including garages and storage areas related to the premises and on
persons; and that the execution of a search warrant usually results in
the seizure of such items of personal property as utility bills, canceled
mail envelopes, bank statements, keys, safes, photographs, videotapes,
computers, cellular phones, video recording devices and other items or
documents which establish the identities of persons in control of the

premises;

9) That affiant knows that possession of a firearm by a convicted felon is defined in Section 941.29(2)(a) of the Wisconsin State Statutes;

10) That affiant knows by reviewing confidential police records that Robert B. COLLINS is a convicted felon and is prohibited from possessing a firearm under case number 2;13-cr-20257-SHM, Title 18, section 922(g)(1) of the Federal Law Enforcement Code and is currently under Federal Probation/Parole supervision; that the informant was present inside of the residence at 2249 N. 29th St. southwest corner apartment when COLLINS was present and the informant was shown 1 firearm which was described in paragraph 6; that the informant was shown a photograph of Robert B. COLLINS, b/m, 3-2-82, by your affiant to confirm his identity and that the informant stated the subject at 2249 N. 29th St. southwest corner apartment was Robert B. COLLINS, b/m, 3-2-82;

11) That affiant is seeking to execute the search warrant in a no-knock manner because the informant observed COLLINS in possession of 1 firearm while inside his residence at 2249 N. 29th St. and based on a conversation between the informant and Robert B. COLLINS in which COLLINS admits he always carries the firearm with him and the informant has personally observed COLLINS in possession of the firearm described while leaving his residence and operating an automobile; that your affiant knows firearms can be easily relocated from structure to structure and that COLLINS arms himself frequently; that executing this warrant in a no knock manner would provide Law Enforcement the advantage of speed and surprise so that COLLINS or other occupants of the residence may not have time to arm themselves;

12) That affiant, based upon affiant's training and experience, seeks permission to search all persons on the premises because: a) the premises in question is a private residence and firearms, drugs or other drug-related contraband may easily be secreted on one's person; b) that the execution of a search warrant often reveals the presence of persons other than that of the residents on the premises and that such persons included, but are not limited to, persons helping with the sale of controlled substances, potential drug buyers, and drug users, and it is common to find controlled substances and drug paraphernalia on these persons.

Case 2:14-cr-00057-RTR   Filed 01/16/14   Page 7 of 8   Document 1

4

(Revised 7/8/96)

15) Approved on today's date by ADA William Levins. #1069734

_____
Signature of Affiant

Subscribed and sworn to before
me this 16th day of January, 2014.

_____
Notary Public, Milwaukee County, State of Wisconsin
My commission is permanent ~~expires:~~



(Revised 7/8/96)